IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| VERONICA FAVELA-FAIR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BRYANT, HODGE & ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | Civil Action No. 5:13-CV-291-C |

## ORDER

Although Plaintiff has obtained a Clerk's Entry of Default, Plaintiff has failed to move for default judgment against Defendant.

It is, therefore, ordered that Plaintiff's claims against Defendant will be dismissed without prejudice if Plaintiff fails to move for a default judgment against Defendant on or before 9:00 a.m. on June 16, 2014.

Dated June 6, 2014.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE