IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| VERONICA FAVELA-FAIR, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRYANT, HODGE & ASSOCIATES, LLC, )<br><br>Defendant. ) | Civil Action No. 5:13-CV-291-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Veronica Favela-Fair, have judgment against Defendant, Bryant, Hodge & Associates, LLC, as follows:

1.    $1,000 in damages under 15 U.S.C. § 1692k(a)(2);

2.    $3,000 in attorney's fees under 15 U.S.C. § 1692k(a)(3)[1];

3.    $475 in costs under 15 U.S.C. § 1692k(a)(3);

4.    $6,500 in statutory damages under 47 U.S.C. § 227(b)(3)(B); and

5.    an injunction barring contact by Defendant under 47 U.S.C. § 227(b)(3)(A).

Post-judgment interest shall accrue at the rate of 0.10 percent per annum.

Dated this _27_ day of June, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

---

[1] Awarded directly to Plaintiff, not her counsel, under *Hester*, 289 Fed. Appx. at 44.